Compensation Law, Respondent, v. WALDORF-ASTORIA HOTEL COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA RAUTH, as Widow, for Herself and Minor Children for the Death of JOHN RAUTH, for Compensation under the Workmen's Compensation Law, Respondent, v. CHARLES SCHAEFER & SON, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed on the ground that there is no proof that the accidental injury created a weakened condition, or that a weakened condition thus occasioned existed when the disease of pneumonia was contracted, or that there existed any causal relation between the accidental injury and the death. All concur, except John M. Kellogg, P. J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LESLIE A. WOODCOCK, Appellant, for Compensation under the Workmen's Compensation Law, v. THE TEMPLE BROTHERS, Employer, and THE FIDELITY AND CASUALTY INSURANCE COMPANY, Insurance Carrier, Respondents.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY PASSINA, Respondent, for Compensation on Behalf of Herself and Minor Children under the Workmen's Compensation Law, v. J. J. ARCHBOLD FORWARDERS, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MICHAEL BRADY, for Compensation under the Workmen's Compensation Law, Respondent, v. ATLANTIC BASIN IRON WORKS, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.